IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CAROLYN SMITH-DEWEY | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3120 |
| | ) | |
| v. | ) | |
| | ) | |
| LANCASTER COUNTY ATTORNEY'S | ) | ORDER |
| OFFICE, NEBRASKA DEPARTMENT OF | ) | |
| HEALTH AND HUMAN SERVICES, and | ) | |
| NEBRASKA OFFICE OF JUVENILE | ) | |
| SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiff's amended complaint (Filing No. 11), erroneously treated as a motion to amend complaint, naming Lisa Lozano of the Lincoln Police Department, Mary Wenzel of the NOVA Group Home, Sandy Pollack of the T.L.C. Group Home, and Andrea Rinkol as defendants. Because plaintiff amended her complaint before any responsive pleadings were filed, plaintiff can amend her complaint without leave of the court. Fed. R. Civ. P. 15(a). Plaintiff is instructed to serve process on the amended defendants pursuant to Rule 4 of the Federal Rules of Civil Procedure. Plaintiff is instructed to serve the newly added defendants on or before September 29, 2005.

IT IS ORDERED that plaintiff's amended complaint is deemed timely filed and plaintiff shall have until September 29. 2005, to serve the additional defendants.

DATED this 6th day of September, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CAROLYN SMITH-DEWEY | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3120 |
| | ) | |
| v. | ) | |
| | ) | |
| LANCASTER COUNTY ATTORNEY'S | ) | ORDER |
| OFFICE, NEBRASKA DEPARTMENT OF | ) | |
| HEALTH AND HUMAN SERVICES, and | ) | |
| NEBRASKA OFFICE OF JUVENILE | ) | |
| SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's amended complaint (Filing No. 11), erroneously treated as a motion to amend complaint, naming Lisa Lozano of the Lincoln Police Department, Mary Wenzel of the NOVA Group Home, Sandy Pollack of the T.L.C. Group Home, and Andrea Rinkol as defendants. Because plaintiff amended her complaint before any responsive pleadings were filed, plaintiff can amend her complaint without leave of the court. Fed. R. Civ. P. 15(a). Plaintiff is instructed to serve process on the amended defendants pursuant to Rule 4 of the Federal Rules of Civil Procedure. Plaintiff is instructed to serve the newly added defendants on or before September 29, 2005.

IT IS ORDERED that plaintiff's amended complaint is deemed timely filed and plaintiff shall have until September 29. 2005, to serve the additional defendants.

DATED this 6th day of September, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CAROLYN SMITH-DEWEY | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3120 |
| | ) | |
| v. | ) | |
| | ) | |
| LANCASTER COUNTY ATTORNEY'S OFFICE, NEBRASKA DEPARTMENT OF HEALTH AND HUMAN SERVICES, and NEBRASKA OFFICE OF JUVENILE SERVICES, | ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiff's amended complaint (Filing No. 11), erroneously treated as a motion to amend complaint, naming Lisa Lozano of the Lincoln Police Department, Mary Wenzel of the NOVA Group Home, Sandy Pollack of the T.L.C. Group Home, and Andrea Rinkol as defendants.  Because plaintiff amended her complaint before any responsive pleadings were filed, plaintiff can amend her complaint without leave of the court.  Fed. R. Civ. P. 15(a).  Plaintiff is instructed to serve process on the amended defendants pursuant to Rule 4 of the Federal Rules of Civil Procedure.  Plaintiff is instructed to serve the newly added defendants on or before September 29, 2005.

IT IS ORDERED that plaintiff's amended complaint is deemed timely filed and plaintiff shall have until September 29. 2005, to serve the additional defendants.

DATED this 6th day of September, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court